# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153074(58)

SHELBY TOWNSHIP,
      Respondent-Appellant,

v

COMMAND OFFICERS ASSOCIATION OF
MICHIGAN,
      Charging Party-Appellee.
_____/

SC: 153074
COA: 323491
MERC: 12-000067

      On order of the Chief Justice, the motion of charging party-appellee to extend the time for filing its brief is GRANTED. The brief will be accepted as timely filed if submitted on or before May 26, 2017.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2017

Clerk